BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>MANUEL ESTRADA<br><br>                     Defendant. | CASE NO. 1:13-CR-00255 AWI<br><br>ORDER ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

On October 23, 2013, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Manuel Mark Estrada, F12904643. The defendant is scheduled to appear before the state court judge on October 30, 2013 for a status hearing. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action. His next appearance before this Court is November 25, 2013. It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case is October 30, 2013 for a status conference:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may produce the defendant in state court on October 30, 2013 for purposes of his presence at the status hearing, but shall return him immediately after the proceeding has concluded on October 30, 2013. The Court further orders

1

that the Fresno County Sheriff's Office can produce the defendant for future state court proceedings with his return immediately thereafter after the U.S. Marshal Service and the Fresno County Sheriff's Office receives a filed copy of a declaration of an Assistant U.S. Attorney stating that the District Attorney's Office has coordinated with them and that no state court appearance conflicts with any federal court appearance. Under no circumstances is the defendant to be released from Fresno County Jail before returning him to the custody of the United States Marshal or upon further order from this court.

IT IS SO ORDERED.

Dated: **October 24, 2013**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE